[No. 16622-4-II.   Division Two.   May 13, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE
SORGENFREI, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 89-1-01994-1, Frederick B. Hayes, J., entered
October 16, 1992. *Reversed* by unpublished per curiam opinion.

[No. 12311-1-III.   Division Three.   May 13, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JAIME F.
PERALES, *Appellant*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 91-1-00362-6, Yancey Reser, J., entered
March 2, 1992. *Affirmed* by unpublished opinion per Thomp-
son, A.C.J., concurred in by Munson and Sweeney, JJ.

[No. 12189-5-III.   Division Three.   May 13, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL
EDWARD INWOOD, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane
County, No. 91-1-01735-3, Marcus M. Kelly, J., entered Janu-
ary 7, 1992. *Affirmed* by unpublished opinion per Shields,
C.J., concurred in by Thompson and Sweeney, JJ.

[Nos. 12028-7-III; 12029-5-III.   Division Three.   May 13, 1993.]

THE CITY OF SUNNYSIDE, *Respondent*, v. ERICA
WAGNER, *Petitioner*.

THE CITY OF SUNNYSIDE, *Respondent*, v. JENNIFER
HEBERLEIN, *Petitioner*.

Appeals from judgments of the Superior Court for Yakima
County, Nos. 91-1-00768-9, 91-1-00769-6, F. James Gavin, J.,
entered October 18, 1991. *Reversed* by unpublished opinion
per Sweeney, J., concurred in by Thompson, A.C.J., and
Munson, J.